UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LUIS GERARDO MORILLO FERNANDEZ,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>KRISTI NOEM Secretary of the US  )<br>Department of Homeland Security, *et al.*,  )<br>SAMUEL OLSON Field Office Director of  )<br>the Chicago Field Office, Immigration and  )<br>Customs Enforcement,  )<br>JAILER Clay County Jail,  )<br>  )<br>Respondents.  )  | No. 2:26-cv-00150-JPH-MG |

**ORDER**

Petitioner filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Clay County Jail at the direction of U.S. Immigration and Customs Enforcement. Dkt. 1. The petition names as respondents ICE Field Office Director Samuel Olson, U.S. Department of Homeland Security Secretary Kristi Noem, and the Clay County Jailer.

The petition may not proceed as presented because it does not name as respondents all persons allegedly responsible for Petitioner's detention. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). Specifically, the petition asserts that Petitioner's detention is governed by 8 U.S.C. § 1226(a) but does not name the U.S. Attorney General as a respondent. *See* 8 U.S.C. § 1226(a) ("On a warrant issued by the Attorney General, an alien may be arrested and detained pending

1

a decision on whether the alien is to be removed from the United States."); *see also* Rule 4, *Rues Governing § 2254 Cases* ("In every case, the clerk must serve a copy of the petition and any order on the respondent *and on the attorney general* or other appropriate officer of the state involved.") (emphasis added); *id.*, Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition" not brought under § 2254.).

Petitioner will have **through 5:00 p.m. on March 9, 2026**, to file an amended petition naming all necessary respondents. The Court will issue additional orders once the amended petition has been filed.

**SO ORDERED.**

Date: 3/6/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Khiabett Tanairi Osuna
Kriezelman Burton & Associates, LLC
kosuna@krilaw.com